508

Lawrence B. LOCKWOOD and Panip, LLC, Plaintiffs–Appellants,

v.

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP, Jonathan Hangartner, and Steve P. Hassid, Defendants–Appellees.

No. 2010–1189.

United States Court of Appeals, Federal Circuit.

Nov. 15, 2010.

Rehearing and Rehearing En Banc Denied Jan. 28, 2011.

Kathryn L. Boyd, Howarth & Smith, of Los Angeles, CA, argued for plaintiffs-appellants. With her on the brief was Don Howarth.

Gary A. Clark, Sheppard, Mullin, Richter & Hampton, LLP, of Los Angeles, CA, argued for defendants-appellees. With him on the brief were Darren M. Franklin and Dennis J. Smith.

Andre M. Mura, Center for Constitutional Litigation, P.C., of Washington, DC, for amicus curiae the TPL Group.

David Hricik, Mercer University School Law, of Macon, GA, for amicus curiae Amici Law Professors.

Margaret M. Grignon, Reed Smith LLP, of Los Angeles, CA, for amicus curiae NDP Managed Security. With her on the brief was Judith E. Posner.

Brian M. Berliner, O'Melveny & Myers LLP, of Los Angeles, CA, for amicus curiae O'Melveny & Myers LLP. With him on the brief were Joshua Biller; and Mark S. Davies and Meaghan McLaine Vergow, of Washington, DC.

NEWMAN, PLAGER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**